

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2020

No. 04-19-00273-CV

John M. **DONOHUE**,
Appellant

v.

**BANDERA COUNTY LAW ENFORCEMENT PERSONNEL**: Daniel R. Butts, J.J.
Martinez, Gerald Johnson, Rod Chalmers, D.J. Nowlin, Ernest Ferniz, Luis Moreno, Kim
Manglberger, Chris Ahumada, Shane Merritt, Jose Hernandez, Matt Hernandez, Birdie Tyler;
Boerne Police Department Personnel: Pablo Morales; San Antonio Police Department Personnel:
Perla Dominguez and Kevin Nakata; Denice Martinez and Martha L. Donohue,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000271
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

By order dated May 14, 2019, this court limited appellant's appeal to an appeal of the December 9, 2015 order declaring appellant a vexatious litigant. This court's opinion affirming the trial court's order issued on January 8, 2020.

On January 8, 2020, appellant filed a brief addressing other orders entered in the underlying cause. It is hereby ORDERED that the brief filed on January 8, 2020, is STRICKEN from this court's records.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2020.



Michael A. Cruz,
Clerk of Court